```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 02329
   EVELYN MARIE TOWNES WASHINGTON
                                          CHAPTER 13

                                          JUDGE: A BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-9815


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 01/21/2004 and was confirmed 03/30/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 02/14/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID            PAID
------------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE   SECURED           23400.00         4936.19         23400.00
CITY OF BLUE ISLAND        SECURED                .00             .00              .00
ILLINOIS TITLE LOANS       SECURED             489.02          104.38           489.02
WELLS FARGO BANK NA        CURRENT MORTG     47000.18             .00         47000.18
WELLS FARGO BANK NA        MORTGAGE ARRE      6158.56             .00          6158.56
CAPITAL ONE BANK           UNSECURED           313.67             .00           313.67
CAPITAL ONE BANK           UNSECURED           287.34             .00           287.34
CHECK N GO                 UNSECURED         NOT FILED            .00              .00
COMMONWEALTH EDISON        UNSECURED         NOT FILED            .00              .00
CHARMING SHOPPES FASHION   UNSECURED           1103.66            .00          1103.66
FIRST CONSUMERS NATIONAL   UNSECURED         NOT FILED            .00              .00
FCNB                       NOTICE ONLY       NOT FILED            .00              .00
GINNYS                     UNSECURED            118.59            .00           118.59
INSTANT CASH ADVANCE       UNSECURED         NOT FILED            .00              .00
MIDNIGHT VELVET            UNSECURED            128.46            .00           128.46
NICOR GAS                  UNSECURED         NOT FILED            .00              .00
SEVENTH AVENUE             UNSECURED             80.86            .00            80.86
CITY OF BLUE ISLAND        UNSECURED            397.01            .00           397.01
CAPITAL ONE AUTO FINANCE   UNSECURED             28.83            .00            28.83
CAPITAL ONE BANK           UNSECURED           1816.22            .00          1816.22
PETER FRANCIS GERACI       DEBTOR ATTY        2,700.00                        2,700.00
TOM VAUGHN                 TRUSTEE                                            5,193.62
DEBTOR REFUND              REFUND                                               803.41

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                    95,060.00

PRIORITY                                             .00
SECURED                                        77,047.76
```

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 04 B 02329 EVELYN MARIE TOWNES WASHINGTON

```
     INTEREST                                                 5,040.57
UNSECURED                                                     4,274.64
ADMINISTRATIVE                                                2,700.00
TRUSTEE COMPENSATION                                          5,193.62
DEBTOR REFUND                                                   803.41
                                     ----------------   ----------------
TOTALS                                      95,060.00          95,060.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
Dated: 05/28/08                   _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```

                              PAGE   2
        CASE NO. 04 B 02329 EVELYN MARIE TOWNES WASHINGTON